State of Connecticut *v.* One 1966 Black Cadillac

It appearing that the defendant has failed to defend with proper diligence against the appeal of the state from the judgment of the Appellate Division of the Circuit Court setting aside the judgment of the Circuit Court in the second circuit in favor of the state and ordering a new trial, it is, under Practice Book § 696, ordered that the judgment of the Appellate Division is set aside and the judgment of the Circuit Court in the second circuit is affirmed.

*Dennis F. Gaffney,* assistant chief prosecuting attorney, for the appellant (state).

Argued April 1—decided April 1, 1969

Ida Levett [Rose L. Greenberg, Executrix, Substituted Plaintiff] *v.* Meyer Etkind

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Lawrence W. Iannotti,* for the appellee (defendant).

*Alexander Winnick,* for the appellant (plaintiff).